IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01738-RPM-BNB

TERRENCE BALLOWE,

    Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,

    Defendant.
_____

**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE CAPTION**
_____

Upon consideration of Defendant's Motion to Change Caption [5], filed on July 28, 2010, it is

ORDERED that Defendant's motion is granted. The caption shall be modified to reflect the proper spelling of Plaintiff's name, Terrence Ballowe.

DATED this 29th day of July, 2010.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge