IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01738-RPM

TERRENCE BALLOWE,

 Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,

 Defendant.

---

## ORDER FOR STATUS REPORT

---

 During the September 30, 2010, scheduling conference the Court directed counsel to file a status report upon resolution of the State District Court criminal case. Nothing further has been filed in this case and it is now

 ORDERED that counsel shall file a status report on or before March 30, 2011.

 Dated: March 10th, 2011

         BY THE COURT:

         s/Richard P. Matsch
         _____
         Richard P. Matsch, Senior District Judge