IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01738-RPM

TERRENCE BALLOWE,

      Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,

      Defendant.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

      Upon consideration of the Joint Status Report [13] filed April 13, 2011, and Plaintiff's response to the Court's Order to Show Cause [14] filed on April 14, 2011, it is

      ORDERED that this Court's Order to Show Cause entered on April 13, 2011, is discharged.

      Dated:    April 22nd, 2011

                                                        BY THE COURT:

                                                        s/Richard P. Matsch
                                                        _____
                                                        Richard P. Matsch, Senior District Judge