**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01738-RPM-BNB

TERRENCE BALLOWE,

    Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,

    Defendant.

---

**ORDER GRANTING JOINT STATUS REPORT**

---

THE COURT, having reviewed the Joint Status Report and being sufficiently advised in the premises, hereby ORDERS the parties to file a Joint Status Report not later than January 1, 2013.

DATED this 4th day of September, 2012.

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                U.S. District Court Judge