**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01738-RPM-BNB

TERRENCE BALLOWE,

    Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,

    Defendant.

---

## ORDER GRANTING JOINT STATUS REPORT

---

THE COURT, having reviewed the Joint Status Report and being sufficiently advised in the premises, hereby ORDERS the parties to file a Joint Status Report not later than June 20, 2013.

DATED this 1st day of April, 2013.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge