# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01738-RPM-BNB

TERRENCE BALLOWE,

    Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,

    Defendant.

---

## ORDER GRANTING JOINT STATUS REPORT

---

THE COURT, having reviewed the Joint Status Report and being sufficiently advised in the premises, hereby ORDERS the parties to file a Joint Status Report not later than September 19, 2013.

DATED this 22nd day of August, 2013.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch
U.S. District Court Judge