IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01738-RPM-BNB

TERRENCE BALLOWE,

     Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,

     Defendant.
_____

## ORDER GRANTING JOINT STATUS REPORT
_____

THE COURT, having reviewed the Joint Status Report and being sufficiently advised in the premises, hereby ORDERS the parties to file a Joint Status Report not later than October 18, 2013.

DATED this 20th day of September, 2013.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge