IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01738-RPM

TERRENCE BALLOWE,

    Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,

    Defendant.

_____

### ORDER FOR STATUS CONFERENCE
_____

Upon consideration of the Joint Status Report [36] filed October 21, 2013, it is

ORDERED that a status conference will be scheduled at a time to be determined after consultation with counsel.

Dated:   October 21st, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge