IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01738-RPM

TERRENCE BALLOWE,

      Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,

      Defendant.

_____

## ORDER VACATING STAY ORDER
_____

The criminal case against Terrence Ballowe having been decided with a conviction of the criminal charge of arson, it is now

ORDERED that the order for stay of this civil action is vacated.

Dated: November 12th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge